AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| COBBLESTONE WIRELESS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00381-JRG-RSP |
| T-MOBILE USA, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC   .

Date: 09/06/2023

/s/ Marc A. Fenster
*Attorney's signature*

Marc A. Fenster SBN 181067
*Printed name and bar number*

RUSS, AUGUST & KABAT
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90025

*Address*

mfenster@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

Print    Save As...    Reset