AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| COBBLESTONE WIRELESS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-cv-00381-JRG-RSP |
| T-MOBILE USA, INC. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                                                    .

Date:    09/06/2023                              /s/ Matthew D. Aichele
*Attorney's signature*

Matthew D. Aichele VA SBN 77821
*Printed name and bar number*

RUSS, AUGUST & KABAT
800 Main Avenue, SW, Suite 200
Washington, DC 20024

*Address*

maichele@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*

[Print]   [Save As...]                                                                                      [Reset]